UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

CURTIS McGOUGHY #433421,

      Plaintiff,

v.

SARAH SCHROEDER et al.,

      Defendants.
      _____/

Case No: 2:25-cv-70

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 29, 2025 (ECF No. 20). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 14) is **GRANTED** and the complaint is **DISMISSED** without prejudice**.**

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   October 24, 2025                /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE